# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 205 WAL 2019
　　　　　　　　　　　　　　　　　　:
　　　　　　　Respondent　　　　　　:
　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
JAMES R. TURNER, JR.,　　　　　　 :
　　　　　　　　　　　　　　　　　　:
　　　　　　　Petitioner　　　　　　 :

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.